IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR FERNANDO GUTIERREZ,**<br><br>Petitioner,<br><br>v.<br><br>**HEIDI M. LACKNER, Warden,**<br><br>Respondent. | Case No. 1:14-cv-01834-DAD-MJS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS**<br><br>**(Doc. 17)** |

Petitioner has requested an extension of time in which to file objections to the Court's Findings and Recommendation. GOOD CAUSE APPEARING, Petitioner's motion is granted. Petitioner is provided thirty (30) days from the issuance of this order in which to file objections to the Findings and Recommendation.

Petitioner also seeks explanation of the Court's order entitled "Findings and Recommendation". That Order contains the Court's factual and legal findings. Here, it found that Petitioner's claims lacked merit and that Petitioner was not entitled to habeas relief. Based on those findings, the Order also included the Magistrate Judge's recommendation to the District Court Judge that the petition be denied.

Petitioner, in his objections, should address any and all portions of the Findings and Recommendation that he believes were wrongly reasoned or decided.

IT IS SO ORDERED.

Dated:  January 15, 2017         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE